```
                                              FILED IN CLERK'S OFFICE
                                              U.S. BANKRUPTCY COURT
                                               NORTHERN DISTRICT
                                                   OF GEORGIA

                                              2019 NOV 15 PM 2:00
```

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

M. REGINA THOMAS, CLERK

_____ DEPUTY CLERK

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| TOWANDA BRAXTON, | : | Case No. 19-55269-jwc |
| Debtor. | : | |
| | | |
| Michael Wagoner, | : | Adversary Proceeding No. |
| Plaintiff, | : | 19-05235-jwc |
| vs. | : | |
| Towanda Braxton; Big Toe, Inc.; T. Braxton Beauty Company, LLC; and Doe Defendants 1-3. | : | |
| Defendant. | : | |

## MOTION TO SUBSTITUTE OR ADD DEFENDANT

COMES NOW, pursuant to Bankruptcy Rules 7021 and/or 7025 Plaintiff Michael Wagoner ("Plaintiff") and files this Motion to Substitute or Add Defendant in the above action. Plaintiff respectfully requests that the Court substitute Adam Tran for Doe Defendant 1 or, in the alternative, add Adam Tran as a party Defendant to this action.

1

Plaintiff respectfully requests fourteen (14) days from the date this Court grants this Motion to file its Amended Complaint in this adversary proceeding.

Respectfully submitted,

/s/ Gregory O. Shenton

Gregory O. Shenton
Georgia Bar No. 640943
Attorney for Plaintiff
SHENTON LAW, P.C.
127 Church Street, Suite 360
Marietta, Georgia  30060
(678) 290-6530
(678) 290-6531 (fax)
greg@shentonlawfirm.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| TOWANDA BRAXTON, | Case No. 19-55269-jwc |
| Debtor. | |
| Michael Wagoner, | Adversary Proceeding No. |
| Plaintiff, | 19-05235-jwc |
| vs. | |
| Towanda Braxton; Big Toe, Inc.; T. Braxton Beauty Company, LLC; and Doe Defendants 1-3. | |
| Defendant. | |

## CERTIFICATE OF MAILING / SERVICE

I HEREBY CERTIFY that I served a copy of the **Motion to Substitute or Add Defendant** on the following: via first-class U.S. Mail, postage prepaid on November 15, 2019:

Jared L. Mitnick
3180 North Point Parkway
Suite 103
Alpharetta, GA  30005

Big Toe, Inc.
Attn:  Bert Padell, Reg. Agent
48 Wall Street
New York, GA  10005

3

Big Toe, Inc.
Attn: Towanda Braxton, Agent
3949 Belle Glade Court
Snellville, GA  30039

T. Braxton Beauty Company, LLC
Attn:  Towanda Braxton, Member
3949 Belle Glade Court
Snellville, GA  30039

William J. Layng, Jr., Trustee
2451 Cumberland Parkway
Suite 3477
Atlanta, GA  30339

Towanda Braxton
3949 Belle Glade Court
Snellville, GA  30039

T. Braxton Beauty Company, LLC
Attn:  Towanda Braxton, Reg. Agent
912 Heritage Post Lane
Grayson, GA  30017

United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive
Atlanta, GA  30303

Lisa F. Caplan
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA  30071

_____
Gregory O. Shenton
Georgia Bar No. 64043

127 Church Street, Suite 360
Marietta, Georgia  30060
greg@shentonlawfirm.com
(678) 290-6530 (phone)
(678) 290-6531 (fax)