**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| | : | |
| TOWANDA BRAXTON, | : | Case No. 19-55269-jwc |
| | : | |
| Debtor. | : | |
| | : | |
| Michael Wagoner, | : | Adversary Proceeding No. |
| | : | |
| Plaintiff, | : | 19-05235-jwc |
| | : | |
| vs. | : | |
| | : | |
| Towanda Braxton; Big Toe, Inc.; T. Braxton Beauty Company, LLC; and Doe Defendants 1-3. | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF REQUIREMENT OF RESPONSE TO**

**MOTION TO SUBSTITUTE OR ADD DEFENDANT**

PLEASE TAKE NOTICE that Michael Wagoner has filed a Motion to Substitute or Add Defendant and related papers with the Court seeking an order to add Adam Tran as a party Defendant to this adversary proceeding.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

1

If you oppose the proposed action or do not want the Court to grant the relief requested, or if you want the court to consider your views, then on or before Monday, December 2, 2019, you or your attorney must:

(1) File with the Court a written response, explaining your positions and views as to why the requested relief should not be granted. The written response must be filed at the following address:

Clerk of Court
United States Bankruptcy Court, Northern District of Georgia
Richard B. Russell Federal Building and
United States Courthouse
75 Ted Turner Drive, SW
Atlanta, GA  30303

If you mail your response to the Clerk for filing, you must mail it early enough so that the Clerk will **actually receive** it on or before the date stated above; and

(2) Mail or deliver a copy of your written response to the Movant's attorney at the address stated below. You must attach a Certificate of Service to your written responses stating when, how, and on whom (including addresses) you served the response.

If you or your attorney do not file a timely response, the Court may decide that you do not oppose the proposed action or the relief sought, in which event the hearing scheduled below may be cancelled and the court may enter an order authorizing the proposed action or granting relief as requested without further notice and without a hearing.

Pursuant to Bankruptcy Local Rule 7007-1(f), motions in adversary proceedings will be decided by the Bankruptcy Court without a hearing, unless a hearing is ordered by the Bankruptcy Court.

Bankruptcy Local Rule 7007-1 governs the requirement of a response

Dated:  November 15, 2019

                                    Respectfully submitted,

                                    */s/ Gregory O. Shenton*

                                    Gregory O. Shenton
                                    Georgia Bar No. 640943
                                    Attorney for Plaintiff
                                    SHENTON LAW, P.C.
                                    127 Church Street, Suite 360
                                    Marietta, Georgia  30060
                                    (678) 290-6530
                                    (678) 290-6531 (fax)
                                    greg@shentonlawfirm.com

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| TOWANDA BRAXTON, | Case No. 19-55269-jwc |
| Debtor. | |
| Michael Wagoner, | Adversary Proceeding No. |
| Plaintiff, | 19-05235-jwc |
| vs. | |
| Towanda Braxton; Big Toe, Inc.; T. Braxton Beauty Company, LLC; and Doe Defendants 1-3. | |
| Defendant. | |

## CERTIFICATE OF MAILING / SERVICE

I HEREBY CERTIFY that I served a copy of the **Notice of Requirement of Response to Motion to Substitute or Add Defendant** on the following: via first-class U.S. Mail, postage prepaid on November 15, 2019:

Jared L. Mitnick
3180 North Point Parkway
Suite 103
Alpharetta, GA  30005

Big Toe, Inc.
Attn:  Bert Padell, Reg. Agent
48 Wall Street
New York, GA  10005

Big Toe, Inc.
Attn: Towanda Braxton, Agent
3949 Belle Glade Court
Snellville, GA  30039

T. Braxton Beauty Company, LLC
Attn: Towanda Braxton, Member
3949 Belle Glade Court
Snellville, GA  30039

William J. Layng, Jr., Trustee
2451 Cumberland Parkway
Suite 3477
Atlanta, GA  30339

Towanda Braxton
3949 Belle Glade Court
Snellville, GA  30039

T. Braxton Beauty Company, LLC
Attn:  Towanda Braxton, Reg. Agent
912 Heritage Post Lane
Grayson, GA  30017

United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive
Atlanta, GA  30303

Lisa F. Caplan
Rubin Lublin, LLC
3145 Avalon Ridge Place, Suite 100
Peachtree Corners, GA  30071

_____
Gregory O. Shenton
Georgia Bar No. 64043

127 Church Street, Suite 360
Marietta, Georgia  30060
greg@shentonlawfirm.com
(678) 290-6530 (phone)
(678) 290-6531 (fax)

5